Byron CAFFEY, Plaintiff–Respondent,

v.

Robert TRICE, Defendant–Appellant.

No. 53116.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 12, 1988.

Motion for Rehearing and/or Transfer
Denied Feb. 11, 1988.

Application to Transfer Denied
March 15, 1988.

Daniel Korsen Glazier, St. Louis, for defendant-appellant.

Byron Caffey, pro se.

ORDER

PER CURIAM.

Defendant appeals from trial court's order sustaining plaintiff's motion for summary judgment in action for unlawful detainer. An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).